# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:18-cv-194-DSC

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ELAINE B. CAIN and WANDA MARIE CAIN, ) individually and in her capacity as Administratrix ) of the Estate of Jervais Wan'Ya Cain, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on pro se Defendant Wanda Cain's "Motion to Compel …" (document #26), and "Defendant Elaine B. Cain's Response …" (document #30) and "Certification of Service" (document #45). Defendant Elaine Cain has now served discovery responses on Defendant Wanda Cain. Accordingly, the Motion to Compel is **DENIED**.

The Clerk is directed to send copies of this Order to pro se Defendant Wanda Cain and to counsel for the remaining parties.

**SO ORDERED**.

Signed: April 29, 2019

_____
David S. Cayer
United States Magistrate Judge