# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00194-DSC

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> ELAINE B. CAIN AND WANDA MARIA CAIN, </br></br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on Defendant Wanda Cain's *pro se* Motion for Summary Judgment, Doc. 55, filed June 27, 2019 and the parties' associated briefs and exhibits, Docs. 58-60 and 62. The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c), and this Motion is now ripe for the Court's consideration.

The Court entered a Pretrial Order and Case Management Plan on July 17, 2018 and entered an Order extending the deadline for filing dispositive motions until March 11, 2019. See Docs. 18 and 25. On June 16, 2019, the Court entered an Order denying the parties' Motions for Summary Judgment and extending the mediation deadline to September 18, 2019. See Doc. 52. In this Motion, Wanda Cain makes factual allegations based upon a Change of Beneficiary form and other documents that have been in the record since November 20, 2018. These are the same allegations made in her previously filed Motions for Summary Judgment. See Docs. 19 and 29. Accordingly, for the reasons previously stated in the Court's June 16, 2019 Order and because the Motion for Summary Judgment is untimely, this Motion is denied.

**SO ORDERED**.

Signed: July 26, 2019

David S. Cayer
United States Magistrate Judge