# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00194-DSC

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ELAINE B. CAIN AND ) WANDA MARIA CAIN, ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Wanda Cain's request for service of a subpoena (document # 69) filed October 1, 2019. The Court will deny the request without prejudice to being re-filed along with the proposed subpoenas that Defendant wishes to have served.

**SO ORDERED**.

Signed: October 10, 2019

_____
David S. Cayer
United States Magistrate Judge